IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01321-WYD-CBS

CINDY QUINTERO,

    Plaintiff,

v.

MRS BPO, L.L.C., a New Jersey limited liability company, d/b/a MRS ASSOCIATES,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

In accordance with the Notice of Dismissal with Prejudice filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 5), it is

ORDERED that this case is **DISMISSED WITH PREJUDICE**, with each party to pay her or its own attorney's fees and costs.

Dated:  June 6, 2014.

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE